IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAHA CASIAS,

    Plaintiff,

v.                          No. 16-CV-00056 JCH/SCY

STATE OF NEW MEXICO DEPARTMENT
OF CORRECTIONS; TARACINA MORGAN; and
HERMAN GONZALES,

    Defendants.

## JURY DEMAND

COME NOW defendants State of New Mexico Department of Corrections, Taracina Morgan and Herman Gonzales, by and through counsel of record, Kennedy, Moulton & Wells, P.C., by Debra J. Moulton, and respectfully demand trial by jury of 12 persons on all issues so triable.

                              Respectfully Submitted,

                              KENNEDY, MOULTON & WELLS, P.C.

                              */s/ Debra J. Moulton*
                              DEBRA J. MOULTON
                              Attorneys for defendants
                              2201 San Pedro NE, Bldg. 3, Suite 200
                              Albuquerque, New Mexico 87110-4133
                              (505) 884-7887

I HEREBY CERTIFY that a true and correct
copy of the foregoing was transmitted via CM/ECF
to:

Matthew E. Coyte
201 3rd St. NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030

on this 28th day of January, 2016.

*/s/ Debra J. Moulton*
DEBRA J. MOULTON