IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAHA CASIAS,

      Plaintiff,

v.                                        Civ. No. 16-CV-0056 JCH/SCY

STATE OF NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW attorney Adam S. Baker (Baker Law Office, LLC), and hereby enters his appearance as co-counsel, along with Matthew E. Coyte (Coyte Law, P.C.), for Plaintiff Isaha Casias.

                                        Respectfully submitted,

                                        */s/Adam S. Baker*
                                        ADAM S. BAKER
                                        BAKER LAW OFFICE, LLC
                                        P.O. Box 784
                                        Santa Fe, New Mexico 87504
                                        Telephone: (505) 690-7466
                                        Facsimile: (505) 227-8635
                                        Email: abaker@bakerlawoffice.net

I hereby certify that a copy of the foregoing
was served via electronic transmission through
CM/ECF to:

Debra J. Moulton, Esq. (dmoulton@kmwpc.com)
Kennedy, Moulton & Wells, P.C.
Attorneys for Defendants

on this 8th day of February, 2016.

*/s/Adam S. Baker*
Adam S. Baker