IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAHA CASIAS,

    Plaintiff,

v.                                                           Civ. No. 16-56 JCH/SCY

STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL IN PART

**THIS MATTER** is before the Court on Plaintiff's Motion and Memorandum to Compel Discovery against Defendant Department of Corrections, filed September 23, 2016. ECF No. 44. Consistent with the Court's rulings from the bench at a hearing held on December 6, 2016, Plaintiff's motion to compel is granted in part and denied in part. The Court will take under advisement Plaintiff's request to be awarded the reasonable expenses he incurred in filing this motion under Fed. R. Civ. P. 37 pending resolution of Plaintiff's Motion for Sanctions (ECF No. 60).

**IT IS SO ORDERED.**

                                                              UNITED STATES MAGISTRATE JUDGE