IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Isaha Casias

        Plaintiff,

-vs-                                                                CV 16-56 JCH/SCY

State of New Mexico Department
       of Corrections et al.

        Defendants.

## **NOTICE OF DEFICIENCY**

Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.   ( )    Document e-filed in wrong case

2.   ( )    Case number and/or case caption is incorrect

3.   ( )    Document e-filed with account not matching name listed as signor of document

4.   ( )    Document linked incorrectly

5.   ( )    Incorrect document type selected - Event _____ Category _____

6.   ( )    Incorrect party role selected

7.   ( )    Incorrect party added to the case

8.   ( )    Document not in compliance with Local Rule _____

9.   ( )    Document is illegible

10.   ( )    Leave of court required to file document

11.   ( )    Party not added to the case

12.   ( )    Incorrect PDF document attached

13.   ( )    Party(ies) not terminated

14.   **(X)**    **Other:  Certificate of Service #64 did not include a description of the documents that were served. Counsel has been notified several times to comply. Response #65 did not include judge's initials.**

TYPE OF ACTION:

1.   ( )    Action by the Court

2.   ( )    Action by the Filer:

        ( )    Refile document in correct case

        ( )    Refile corrected document

        ( )    Refile document when leave of the court is granted

        ( )    Refile document using correct event

        **(X)**    No further action required

        ( )    Other: _____


electronically filed
MATTHEW J. DYKMAN
CLERK, U.S. DISTRICT COURT