IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAHA CASIAS,

    Plaintiff,

v.                                                      No. 16-CV-00056 JCH/SCY

STATE OF NEW MEXICO DEPARTMENT
OF CORRECTIONS; TARACINA MORGAN; and
HERMAN GONZALES,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION EXTENDING THE EXHIBIT PAGE LIMIT

THIS MATTER having come before the Court upon Plaintiff's Motion to Extend the Page Limit on the exhibits attached to his Response in Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parties and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the exhibit page limit for Plaintiff's Response in Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment to 65 pages.

Entered for the Court
this the 4th day of June, 2019

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation