IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAHA CASIAS,

    Plaintiff,

v.                                                     No. 16-CV-00056 JCH/SCY

STATE OF NEW MEXICO DEPARTMENT
OF CORRECTIONS; TARACINA MORGAN; and
HERMAN GONZALES,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PAGE LIMITS FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

This matter comes before the Court on Plaintiff's Unopposed Motion to Extend Page Limits for Reply in Support of Motion for Attorneys' Fees and Litigation Expenses.

For good cause shown, the Court GRANTS Plaintiff's Unopposed Motion to Extend Page Limits for his Reply in Support of Motion for Attorneys' Fees and Litigation Expenses. The page limit for Plaintiff's Reply in Support of Motion for Attorneys' Fees and Litigation Expenses is extended from twelve (12) pages to fifteen (15) pages.

IT IS SO ORDERED.

Entered for the Court
this the 12th day of June, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation